United States District Court
Southern District of Texas
FILED
SEP - 7 2010
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LEONARDO HERNANDEZ LOPEZ | § § § | |
| vs. | § § | MISC. ACTION NO. M-10-054 |
| AGROMOD PRODUCE INC., et al.<br>    Defendants | § § § § | |

### ORDER

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* ("IFP"). (Dkt. Entry No. 1.) Having considered the application, Plaintiff's application to proceed IFP is **GRANTED**. Plaintiff's original complaint is ordered filed by the clerk of this Court as a civil action.[1]

It is ordered that summons shall issue and shall be served by the clerk upon each of the Defendants.

**SIGNED** at McAllen, Texas, on this 7th day of September, 2010.

Dorina Ramos
UNITED STATES MAGISTRATE JUDGE

---

[1] The instant miscellaneous action shall, therefore, be closed by the clerk.